■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN CONKLIN, Also Known as ALVA CONKLIN, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Orange County (Ritter, J.), imposed July 28, 1981. ¶ Sentence affirmed. ¶ At sentencing defendant contested the People's statement that he had previously been convicted of a felony (CPL 400.21). The People relied on a Pennsylvania judgment of conviction which was not properly certified (see CPLR 4540, subd [c]; *People v Hines,* 90 AD2d 621) and the testimony of a police officer who witnessed defendant's conviction. While the officer's testimony presents hearsay and best evidence problems, it was admitted without objection and was therefore properly considered by the County Court as proof of a prior conviction (see *State v Jackson,* 362 So 2d 522 [La]; *Bright v State,* 585 SW2d 739 [Tex]). Mollen, P. J., Lazer, Weinstein and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY CRESCENZO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County (McNab, J.), rendered February 14, 1984, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ The defendant improperly seeks vacatur of the judgment by way of an application to this court (CPL 440.10, 440.20). This application can only be brought in the court in which the judgment was entered (CPL 440.10, subd 1; 440.20). ¶ We also find the defendant's contention that the sentence imposed was excessive to be without merit (*People v Suitte,* 90 AD2d 80). Lazer, J. P., Thompson, Weinstein and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FERGUSON, Appellant. — Judgment of the Supreme Court, Queens County (Naro, J.), rendered October 13, 1982, affirmed. (*People v Morris,* 100 AD2d 630.) Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.